UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED
March 30, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:06-cr-109 GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| Brandon Sobb, ) | |
| ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Brandon Sobb  Case No. 2:06-cr-109 GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     _   Release on Personal Recognizance

     _   Bail Posted in the Sum of _____

         X   $50,000 Unsecured Appearance Bond to be co-signed by defendant's girlfriend

         _   Appearance Bond with 10% Deposit

         _   Appearance Bond secured by Real Property

         _   Corporate Surety Bail Bond

         X   (Other) PTS conditions/supervision

Issued at Sacramento, CA  on 3/30/06  at 3:40 p.m.

By _____
Kimberly J. Mueller
United States Magistrate Judge