```
DANIEL BRODERICK, Bar #89424
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
BRANDON PAUL SOBB
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-06-109 GEB |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED ORDER] |
| v. ) | |
| ) | |
| BRANDON PAUL SOBB, ) | Date: May 19, 2006 |
| ) | Time: 9:00 A.M. |
| ) | |
| ) | Judge: Hon. Garland E. Burrell |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of April 28, 2006 be vacated and a new date of May 19, 2006 be set for status.

The government has turned over discovery and the defense has completed an initial review. The defense is engaged in investigation and needs additional time to complete that investigation.

It is further stipulated and agreed between the parties that the period beginning April 28, 2006 to May 19, 2006, should be excluded in computing the time within which the trial of the above criminal

prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

April 25, 2006

```
                                   Respectfully submitted,

                                   DANIEL BRODERICK
                                   Acting Federal Defender


Dated: April 25, 2006                  /S/NED SMOCK
                                   NED SMOCK
                                   Assistant Federal Defender
                                   Attorney for Defendant
                                   BRANDON PAUL SOBB


                                   MCGREGOR W. SCOTT
                                   United States Attorney

Dated: April 25, 2006
                                       /S/ WILLIAM WONG
                                   WILLIAM WONG
                                   Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

Dated:  May 10, 2006

```
                                   /s/ Garland E. Burrell, Jr.
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge
```

2