DANIEL BRODERICK, Bar #89424
Acting Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDON PAUL SOBB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-109 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED ORDER] |
| v. | ) | |
| | ) | |
| BRANDON PAUL SOBB, | ) | Date: June 16, 2006 |
| | ) | Time: 9:00 A.M. |
| | ) | |
| | ) | Judge: Hon. Garland E. Burrell |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of May 19, 2006 be vacated and a new date of June 16, 2006 be set for status.  The defense is engaged in investigation and needs additional time to complete that investigation.

It is further stipulated and agreed between the parties that the period beginning May 19, 2006 to June 16, 2006, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for defense preparation.  All parties stipulate and agree that this is an

appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

May 17, 2006

```
                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Acting Federal Defender

Dated: May 17, 2006                    /S/NED SMOCK
                                    NED SMOCK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    BRANDON PAUL SOBB


                                    MCGREGOR W. SCOTT
                                    United States Attorney

Dated: May 17, 2006
                                       /S/ WILLIAM WONG
                                    WILLIAM WONG
                                    Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

Dated:  May 22, 2006

```
                        /s/ Garland E. Burrell, Jr.
                        GARLAND E. BURRELL, JR.
                        United States District Judge
```

2