DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDON PAUL SOBB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-06-109 GEB |
| Plaintiff, | ) |
|  | ) STIPULATION AND ORDER |
| v. | ) |
| BRANDON PAUL SOBB, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the conditions of pretrial release be amended to include the following term:

1. You shall participate in mental health, alcohol and/or drug counseling as directed by Pretrial Services.

This change in conditions was recommended by Mr. Sobb's Pretrial Services officer, Steve Sheehan, because Mr. Sobb tested positive for use of controlled substances.  Mr. Sobb suffered a devastating loss

after his arrest when his two children were killed in a house fire. All parties agree that counseling is an appropriate addition to Mr. Sobb's Pretrial Release.

```
                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Federal Defender


Dated: July 16, 2006                     /S/NED SMOCK
                                    NED SMOCK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    BRANDON PAUL SOBB


                                    MCGREGOR W. SCOTT
                                    United States Attorney

Dated: July 16, 2006
                                     /S/ Ned Smock for WILLIAM WONG
                                    WILLIAM WONG
                                    Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

DATED: July 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE