
UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA



FILED

AUG - 1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK

## PRETRIAL SERVICES VIOLATION PETITION

The United States,

-vs-

Brandon Paul Sobb

Docket No. 2:06-CR-0109 GEB

**COMES NOW** Steven J. Sheehan, Pretrial Services Officer of the Court, presenting an official report upon the conduct and attitude of Brandon Paul Sobb, who was placed on bond by the Honorable Kimberly J. Mueller, U.S. Magistrate Judge, sitting in the Court at Sacramento, California, on the 30th day of March, 2006, who imposed the general terms and conditions of pretrial supervision theretofore adopted by the Court and also imposed special terms and conditions as follows:

**BOND CONDITIONS:** The defendant was released on a $50,000 unsecured appearance bond, co-signed by Veronica Basquez, with Pretrial Services supervision and special conditions of release. Please refer to the attachment.

**OFFENSE:** 18 USC 922(g)(1) - Felon in Possession of Firearm.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
On May 21, 2006, Mr. Sobb tested positive for cocaine. Upon the request of Pretrial Services, and with the agreement of defense counsel and government counsel, Mr. Sobb was referred to individual outpatient counseling to address both substance abuse and grief issues. Mr. Sobb missed counseling appointments on June 24, 25, and 26, 2006; and July 10 and 28, 2006. On June 12 and July 20, 2006, Mr. Sobb failed to submit to drug testing. The defendant was drug tested on July 21, 2006. Despite being accompanied by his counselor to a temporary employment agency, and after a number of inquires by Pretrial Services, the defendant remains unemployed.

**PRAYING THAT THE COURT WILL ORDER** a bail review hearing be calendered for Friday, August 4, 2006, at 2:00 p.m., before Your Honor to address the defendant's poor adjustment to Pretrial supervision.

**LAST KNOWN ADDRESS:**      On file with Pretrial Services
**TELEPHONE NUMBER:**         On file with Pretrial Services

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

/s/ Steven J. Sheehan

Steven J. Sheehan
U.S. Pretrial Services Officer
August 1, 2006

## ORDER

____ The Court hereby orders a bench warrant be issued for the arrest of said defendant, bail set at $ ____.

____ The Court hereby orders this ex parte motion and order be sealed.

____ The Court orders a summons be issued with an appearance date of _____.

**X** The Court hereby orders this matter placed on this court's calendar on **Friday, August 4, 2006**, at **2:00** p.m, and orders the Pretrial Services Officer to contact the defendant and/or attorney of record to advise them of said order.

____ The Court orders no action be taken.

Considered and ordered this  1st  day of
 August , 2006, and ordered filed and
made a part of the records in the above case.

_____
U.S. Magistrate Judge

Pretrial Services Violation Petition - page 2
Sobb, Brandon Paul

**SPECIAL CONDITIONS OF RELEASE:**

1. You shall report to and comply with the rules and regulations of the Pretrial Services Agency;

2. You shall report in person to the Pretrial Services Agency on the first working day following your release from custody;

3. You are to reside at a location approved by the pretrial services officer and not move or absent yourself from this residence for more than 24 hours without the prior approval of the pretrial services officer;

4. Your travel is restricted to the Eastern District of California without the prior consent of the pretrial services officer;

5. You shall reside at a location approved by the pretrial services officer and not change your residence without the prior approval of the pretrial services officer;

6. You shall not possess a firearm, destructive device, or other dangerous weapon; additionally, you shall provide written proof of divestment of all firearms currently under your control;

7. You shall refrain from excessive use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and you shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used;

8. You shall submit to drug or alcohol testing as approved by the pretrial services officer;

9. You shall seek and/or maintain employment and provide proof of same as requested by your pretrial services officer.

On July 17, 2006, the following condition of release was added to the defendant's bond:

10. You shall participate in mental health, alcohol and/or drug counseling as directed by Pretrial Services.

**CHRONOLOGY OF EVENTS:**

Scientific Testing Labs (STL) confirmed that Mr. Sobb's urine sample submitted to The Effort, Inc., in Sacramento, California, on May 21, 2006, was positive for cocaine. Prior to this positive drug test, Pretrial Services was made aware that two of Mr. Sobb's children perished in a residential fire on May 10, 2006. As such, Pretrial Services recommend that no judicial action be taken in response to Mr. Sobb's positive drug test and that he be referred for individual counseling on a weekly basis. Despite having easy access to his treatment counselor and being provided a daily planner/telephone book by his counselor, he has missed many appointments without valid excuses. Mr. Sobb's counselor, Mr. Bill Yurong, has repeatedly told the defendant, as well as his significant other/surety, to call the counselor's cell phone well in advance of his scheduled appointment to request that it be rescheduled to a future date.

Although Mr. Sobb reported a history of employment in the field of construction, he has yet to secure verifiable employment and has shown minimal interest in aggressively pursuing stable employment. In July 2006, Mr. Yurong accompanied the defendant to a temporary employment agency and assisted Mr. Sobb in signing up for work. However, as of July 31, 2006, neither Mr. Yurong nor the undersigned officer feel that Mr. Sobb has seriously pursued legitimate employment. As such, Pretrial Services is unaware of the defendant's stream of income or his ability to financial provide for himself. Ms. Basquez also reports being unemployed, despite what she advised Pretrial Services in late March 2006.

Lastly, Mr. Sobb has lived in at least four different locations since his release from custody on Pretrial supervision and has yet to secure stable housing. Most recently, the defendant advised that his father in Live Oak, California, is ill and requires Mr. Sobb's assistance. The defendant believes that he is eligible to become employed through the California State Department of Social Services as an in-home care worker for his father.

The assigned Assistant Federal Public Defender confirmed his availability for August 4, 2006. It appears that the Assistant U.S. Attorney is also likely to be available to appear before Your Honor on that date as well.