DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDON PAUL SOBB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       ) | No. CR-S-06-109 GEB |
| Plaintiff,       ) | STIPULATION AND [PROPOSED ORDER] |
| v.       ) | |
| BRANDON PAUL SOBB,       ) | Date: October 13, 2006<br>Time: 9:00 A.M. |
| Defendant.       ) | Judge: Hon. Garland E. Burrell |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current briefing schedule for defendant's motion to suppress be extended by two weeks. Defendant's motion to suppress was filed on July 17, 2006 and the government's opposition is currently scheduled to be filed September 14, 2006.  Counsel for the government is engaged in a trial before Judge Shubb that is expected to last another week.  For that reason, the parties agree that the schedule should be amended as follows:

|   |   |
|---|---|
| Government's Opposition: | September 29, 2006 |
| Defense Reply, if any: | October 6, 2006 |
| Hearing: | October 13, 2006 |

It is further stipulated and agreed between the parties that the period until October 13, 2006 should be excluded in computing the time within which the trial of the above criminal prosecution must commence for purposes of the Speedy Trial Act for motion practice. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(1)(f).

                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                  Federal Defender

Dated: September 15, 2006          /S/NED SMOCK
                                  NED SMOCK
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  BRANDON PAUL SOBB


                                  MCGREGOR W. SCOTT
                                  United States Attorney

Dated: September 15, 2006
                                  /S/ WILLIAM WONG
                                  WILLIAM WONG
                                  Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED.**

Dated:  September 20, 2006

                                  /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge