DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDON PAUL SOBB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-S-06-109 GEB |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [PROPOSED ORDER] |
| BRANDON PAUL SOBB, | ) Date: November 3, 2006 |
| | ) Time: 9:00 A.M. |
| | ) Judge: Hon. Garland E. Burrell |
| Defendant. | ) |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current briefing schedule and hearing date on defendant's pending motion to suppress be vacated and a new date of November 3, 2006 be set for a status conference. Because the case is currently in warrant status, the parties agree and

//
//
//

stipulate that time should be excluded pursuant to 18 U.S.C. § 3161(h)(3)(A) and Local Code M due to the absence of the defendant.

```
                                        Respectfully submitted,

                                        DANIEL BRODERICK
                                        Federal Defender

Dated: October 12, 2006                    /S/NED SMOCK
                                        NED SMOCK
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        BRANDON PAUL SOBB


                                        MCGREGOR W. SCOTT
                                        United States Attorney

Dated: October 12, 2006
                                           /S/ WILLIAM WONG
                                        WILLIAM WONG
                                        Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

Dated:  October 16, 2006

```
                    /s/ Garland E. Burrell, Jr.
                    GARLAND E. BURRELL, JR.
                    United States District Judge
```

2