DANIEL BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar # 236238
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDON PAUL SOBB

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-S-06-109 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED ORDER] |
| v. | ) | |
| | ) | |
| BRANDON PAUL SOBB, | ) | Date: July 27, 2007 |
| | ) | Time: 9:00 A.M. |
| | ) | |
| | ) | Judge: Hon. Garland E. Burrell |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current briefing schedule and hearing date on defendant's pending motion to suppress be altered as follows:  The hearing on the motion to suppress now scheduled for July 13, 2007 is vacated and a new date of July 27, 2007 is set for hearing.  Defendant's reply brief will be filed on or before July 13, 2007.  Because a defense motion is pending, the parties

//

1  stipulate that time should be excluded pursuant to 18 U.S.C. §
2  3161(h)(1)(F) and Local Code E until July 27, 2007.
3
4                                    Respectfully submitted,
5                                    DANIEL BRODERICK
                                     Federal Defender
6
7  Dated: June 27, 2007                    /S/NED SMOCK
                                     NED SMOCK
8                                    Assistant Federal Defender
                                     Attorney for Defendant
9                                    BRANDON PAUL SOBB
10
                                     MCGREGOR W. SCOTT
11                                   United States Attorney
12 Dated: June 27, 2007
                                         /S/ Ned Smock for WILLIAM WONG
13                                   WILLIAM WONG
                                     Assistant U.S. Attorney
14
15                           **ORDER**
16     **IT IS SO ORDERED.**
17 Dated:  June 28, 2007
18
19  _____
                                     GARLAND E. BURRELL, JR.
20                                   United States District Judge
21
22
23
24
25
26
27
28

                                  2