DANIEL J. BRODERICK, Bar #89424
Federal Defender
NED SMOCK, Bar #236238
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRANDON PAUL SOBB

**FILED**

AUG 1 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
              DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRANDON PAUL SOBB,<br><br>    Defendant, | NO. CR S 06-109 GEB<br><br>[~~PROPOSED~~] **ORDER FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**<br><br>Date:  August 17, 2007<br>Time:  2:30 p.m.<br>Judge: Hon. Garland E. Burrell |

THEODORE MORTON, X-Ref# 1424591, a necessary and material witnesses in proceedings in the aforementioned case on August 17, 2007, is confined in the Sacramento County Main Jail, 651 I Street, Sacramento, California, in the custody of the Sheriff or Jailor; in order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in the United States District Court for the Eastern District of California, 501 I Street, Sacramento, California, Courtroom # 10, Thirteenth Floor, on August 17, 2007, at 2:30 P.M.

1     ACCORDINGLY, IT IS ORDERED that:

2     1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Sheriff or Jailor to produce the inmate named above to testify in the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the Court; and thereafter to return the inmates to the above institution;

    2. The custodian is ordered to notify the Court of any change in custody of the inmate and is ordered to provide the new custodian with a copy of this writ; and

    3. The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, Sacramento County Main Jail, 651 I Street, Sacramento, California, 95814.

DATED: *August 14*, 2007

HON. GARLAND E. BURRELL
United States District Judge

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
**TO: THE SHERIFF OF SACRAMENTO COUNTY MAIN JAIL,**
**651 I STREET, SACRAMENTO, CALIFORNIA:**

**WE COMMAND** that you have and produce the body of Theodore Morton, X-1424591, in your custody at the Sacramento County Jail, before the United States District Court, Federal Building, United States Courthouse, 501 I Street, Courtroom # 10, Thirteenth Floor, Sacramento, California on Friday August 17, 2007 at 2:30 P.M., in order that said prisoner may then and there respond to and answer as witness such questions as may be asked him in the course of the evidentiary hearing in the above-entitled case; and from day to day until completion of the proceedings or as ordered by the Court; and thereafter to return the inmate to the above institution.

**FURTHER,** you have been ordered to notify the Court of any change in custody of the inmates and have been ordered to provide the new custodian with a copy of this writ.

DATED: 8/15/07

CLERK, UNITED STATES DISTRICT COURT
Eastern District of California

By: 
Deputy