BENJAMIN B. WAGNER
United States Attorney
CHRISTIAAN H. HIGHSMITH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>          v.<br><br>BRANDON SOBB,<br><br>                          Defendant. | CASE NO. 2:06-CR-109 GEB<br><br>[PROPOSED] ORDER TO DISMISS CHARGE ONE IN THE PROBATION OFFICER'S PETITION<br><br>DATE: December 20, 2013<br>TIME: 9:00 a.m.<br>COURT: Hon. Garland E. Burrell, Jr. |

**[PROPOSED] ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, IT IS HEREBY ORDERED that: Charge One in the Probation Officer's Petition (Dkt. # 62) against Brandon Sobb in the above-captioned case be dismissed without prejudice.

Dated: December 17, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1
2
3
4
5
6                                                    _____
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER TO DISMISS CHARGE ONE IN THE        2
PROBATION OFFICER'S PETITION